QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT LEARNED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO. 1:05-Cr-00044 OWW |
| ) | |
| Plaintiff,     ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE HEARING |
| v.                ) | AND ORDER THEREON |
| ) | |
| ROBERT LEARNED,                     ) | |
| ) | Date:  October 17, 2005 |
| Defendant.    ) | Time:  1:30 P.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-entitled matter now set for August 23, 2005, may be continued to October 17, 2005, at 1:30 P.M.**

This continuance is requested to allow the defendant additional time to investigate and prepare the matter for trial or resolution. It is anticipated that the continuance will allow the parties time to arrive at a resolution of the case.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 18, 2005          By: /s/ Francine Zepeda with consent of
                                    DAVID L. GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 18, 2005          By: /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    ROBERT LEARNED

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: August  22 , 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California