DENNIS S. WAKS, #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT LEARNED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00044 OWW |
| Plaintiff, ) | STIPULATION VACATING TRIAL DATE, AND RESETTING TRIAL CONFIRMATION HEARING FOR CHANGE OF PLEA AND ORDER THEREON |
| v. ) | |
| ROBERT LEARNED, ) | Date:  February 14, 2006 |
| Defendant. ) | Time:  9:00 A.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the **trial date presently scheduled for February 7, 2006, may be vacated, and the trial confirmation hearing presently scheduled for January 30, 2006, may be continued to February 14, 2006, at 9:00 A.M. and reset for change of plea hearing.**

This stipulation is made at the request of counsel for defendant to allow sufficient time to prepare for sentencing.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including, but not limited to, the need for the period of time set forth herein in the interest of
3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)B)(i) and
4   (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: January 26, 2006    By:  /s/ Francine Zepeda with consent of
        David Gappa
        DAVID L. GAPPA
        Assistant United States Attorney
        Attorney for Plaintiff

        DENNIS S. WAKS
        Acting Federal Public Defender

DATED: January 26, 2006    By:  /s/ Francine Zepeda
        FRANCINE ZEPEDA
        Assistant Federal Defender
        Attorneys for Defendant
        ROBERT LEARNED

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: January   27  , 2006

        /S/ OLIVER W. WANGER

        OLIVER W. WANGER, Judge
        United States District Court
        Eastern District of California

Stipulation Vacating Trial Date, and Resetting
Trial Confirmation Hearing for Change of Plea
and [Proposed] Order Thereon      2