# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Robert Daniel Learned          **Docket Number:**   0972 1:05CR00044-01

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   8/15/2006

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors (Class C Felony)

**Original Sentence:** 37 months custody of the Bureau of Prisons; 120 month term of Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless search
Correctional treatment program
Substance abuse testing
Abstain from alcohol
Mental health treatment
Aftercare copayment
Computer restrictions
No contact with minors
Computer inspection
Pornography restrictions
Phone record disclosure
Third party disclosure
Sex offender treatment
Sex offender registration
DNA collection


**Type of Supervision:**   TSR

**Date Supervision Commenced:**   11/12/2008

**Other Court Actions:**

12/02/2011: Probation Form 12C – Petition for Warrant or Summons for Offender Under Supervision, was submitted to the Court, charging the offender with Failure to Submit a Truthful and Complete Written Report Within the First Five Days of Each Month; Possession or Use of a Computer or any Other Device That has Access to any "On-line Computer Service"; and Failure to Abstain From the Use of Alcohol. Your Honor ordered the offender to appear before the Magistrate Judge.

03/12/2012: The offender appeared before Your Honor and admitted the charges outlined in Probation Form 12C. The Court continued the offender's term of supervised release, modifying the conditions to include: 16) Pager/cellular phone restrictions; 17) Sex offender search/ seizure; 18) Computer inspection (updated language); 19) Pornography restriction (updated language); and 20) Sex offender treatment program, to include risk assessment, polygraph examination, computer voice stress analysis, and/or ABEL assessment as approved and directed by the probation officer.

03/22/2012: Judgment for Revocation of Supervised Release

12/11/2013: Probation Form 12A – Report on Offender Under Supervision, was submitted advising the offender while employed accessed the company computer as directed by his employer, and he also consumed alcohol on a few occasions. Intervention and risk prevention was made at this level. Your Honor agreed with the intervention and monitoring plan set by the Probation Office, and judicial notice was taken with no further court action.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7. The defendant shall not possess or use a computer or any device that has access to any "on-line computer service" unless approved by the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

9. The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such

computer, computer-related device, and equipment for purposes of conducting a more thorough inspection; and analysis.

The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designed to hide, alter, or delete his/her computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

**Justification:** Mr. Learned has had some adjustment hurdles since commencing his term of supervised release on November 12, 2008. The offender has worked hard to understand and face his personal flaws to include impulsive behavior and manipulation of others. He has had to deal with these issues in the community, at home, and in his employment. During his continued supervision, Mr. Learned has become forthcoming of his activities, both personal and through employment. He has been challenged by his supervision officer and treatment provider about his self-view and the realities of his adjustment under supervision. He has dealt with the inconsistencies with an open mind and desire to change. The offender has submitted to random alcohol tests which returned negative results. Mr. Learned is presently in a relationship which will be defining of his progress and personal growth. He understands the barriers his present supervision places on the relationship; however, he has adhered to the restriction the conditions of supervision place on his relationship. He has been evaluating his growth and understanding for his partner. The offender has declared on a few occasions he must move slowly, as this relationship has the characteristics of past relationships which allowed him to manipulate and control the unions. His partner appears to understand his limitations and to be supportive. They have set personal long-term goals for their relationship.

Mr. Learned has also secured employment with Golden Rule Services, a "non-profit, minority-based organization that resolves health, education, employment, and criminal justice disparities in People of Color communities through the provision of culturally competent programs and resources." In this employment, Mr. Learned, a transgender, will provide HIV/AIDS education workshops and outreach to the transgender population in the greater Sacramento area. His employer has conducted all necessary background reviews of Mr. Learned, and he is eager to help the offender move forward in his life and in the community at large. At the request of his employer, the offender has been approved to attend an HIV counselor certification program in Oakland, California, from May 13 - 16, 2014. Mr. Learned's employer stated the offender must have access to a computer given his work, outreach, and Golden Rule Services' need for fund raising. He stated a stand-alone computer can be provided for Mr. Learned's use. Additionally, his employer has pass protected all in-house computers, and Mr. Learned will not have access to them. His employer also noted he has no tolerance for misuse of company equipment, and all internet use is monitored. He agreed to the installation of a monitoring program as added security. Also, immediate termination of employment is the end result of any computer misuse or inappropriate behavior in the work environment. The employer stressed he has worked hard over 14-years to establish his

respected community service non-profit which provides a great services to a large community. The employer is encouraged by Mr. Learned's enthusiasm and good reputation, and is willing to be a part of his continued growth.

The requested modification of conditions will replace the previously ordered #7 and #9 conditions. The wording of these conditions has been modified and updated to allow for more effective community supervision. Mr. Learned has signed the Waiver of Hearing to Modify Conditions of Probation/Supervised Release agreeing to the modification of the imposed conditions of supervised release, which is on file.

Respectfully submitted,

*/s/ George A. Vidales*

**GEORGE A. VIDALES**
**United States Probation Officer**
Telephone: (916) 683-3324

**DATED:** 5/14/2014

Reviewed by,

*/s/ Deborah A. Spencer*

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   May 15, 2014                                         _____
                                                                                   SENIOR  DISTRICT  JUDGE