1 BENJAMIN B. WAGNER
United States Attorney
2 DAVID L. GAPPA
Assistant United States Attorney
3 2500 Tulare Street
Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00044-AWI-DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE HEARING |
| v. | CURRENT DATE: November 24, 2014 |
| ROBERT LEARNED, | PROPOSED DATE: December 1, 2014 |
| Defendant. | TIME: 1:30 p.m. |
| | COURT: Hon. Anthony W. Ishii |

The parties have agreed to postpone the next hearing for this case from the current date of November 24, 2014, to December 1, 2014.  The primary reason for this continuance is that government counsel will not be able to attend the currently-scheduled hearing due to a need to be out of the office that day.  The proposed new date also is more convenient for the Sacramento-based probation officer.  The defense has agreed to the new date and time.  Accordingly, the parties request that the court issue the attached proposed order.

Dated:  November 20, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                     By:   /s/ DAVID L. GAPPA
                                           DAVID L. GAPPA
                                           Assistant United States Attorney

                                           /s/ Jerome Price
                                           JEROME PRICE
                                           Counsel for Defendant

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                       EASTERN DISTRICT OF CALIFORNIA
5

6  UNITED STATES OF AMERICA,            CASE NO. 1:05-CR-00044 AWI-DLB
7                     Plaintiff,        ORDER RESCHEDULING HEARING
8              v.                       CURRENT DATE: November 24, 2014
                                        PROPOSED DATE: December 1, 2014
9  ROBERT LEARNED,                      TIME: 1:30 p.m.
                                        COURT: Hon. Anthony W. Ishii
10                    Defendant.

11

12     The parties have agreed to postpone the next hearing for this case from the current date of
13 November 24, 2014, to December 1, 2014.  Having reviewed the stipulation, and good cause having
14 been found, it is ORDERED that the next hearing will take place at 1:30 p.m. on December 1, 2014.
15
16 IT IS SO ORDERED.

17 Dated:   November 20, 2014            _____
                                              SENIOR DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28