HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT DANIEL LEARNED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:05-cr-00044-AWI-DLB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| vs. | ) | |
| ROBERT DANIEL LEARNED, | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Grant Rabenn, Counsel for the Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for the Defendant Robert Daniel Learned, and United States Probation Officer George Vidales, that Condition 8 of the Special Conditions of Supervision be modified as follows:

8. The defendant shall have no contact with children under the age of 18 unless approved by the probation officer in advance, except that the defendant may reside with Eve Mitchell at her residence on 9th Avenue in Sacramento, CA and have contact with minors J. Cox and M. Cox as set forth at the April 13, 2015 hearing.  The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.  This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly or indirectly with children under the age of 18.

/ / /

/ / /

                        Respectfully submitted,

                        BENJAMIN B. WAGNER
                        United States Attorney

Date:  April 14, 2015          /s/ Grant Rabenn
                        GRANT RABENN
                        Assistant United States Attorney
                        Attorneys for Plaintiff


                        HEATHER E. WILLIAMS
                        Federal Defender

Date: April 14, 2015          /s/  Jerome Price
                        JEROME PRICE
                        Assistant Federal Defender
                        Attorneys for Defendant
                        ROBERT DANIEL LEARNED


**O R D E R**

The above stipulation is accepted.  Special Condition 8 of the Conditions of Supervision shall be modified as stated.  All others terms and conditions of supervision remain in full force and effect.

IT IS SO ORDERED.

Dated:  April 14, 2015                        _____
                                              SENIOR  DISTRICT  JUDGE